**TIFFANY & BOSCO**
P.A.

2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034
Attorneys for Secured Creditor

13-03152

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Peter Andrew Bayer and Renee Lynn Bayer,<br><br>      Debtors.<br>_____<br>Nationstar Mortgage LLC,<br><br>      Secured Creditor,<br>   vs.<br><br>Peter Andrew Bayer and Renee Lynn Bayer, Debtors; Dianne C. Kerns, Trustee.<br><br>      Respondents. | No. 4:13-bk-03100-EWH<br><br>Chapter 13<br><br>OBJECTION TO CHAPTER 13 PLAN<br><br>RE: Real Property Located at<br>10685 E. Valley View Dr.<br>Gold Canyon, AZ 85218 |

Nationstar Mortgage LLC ("Nationstar"), a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtors for the following reasons:

The Chapter 13 Plan does not list Nationstar, or adequately provide for repayment of arrearages owed to Nationstar, pursuant to the proof of claim in the amount of $3,686.03. It appears that the Chapter

13 Plan has incorrectly named the mortgage holder as Aurora Loan Services instead of Nationstar. Aurora Loan Services executed an Assignment of Deed of Trust to Nationstar Mortgage LLC on June 26, 2012. Nationstar requests that the arrearages as set forth in its Proof of Claim be paid through the Plan.

To date, Nationstar has not received any regular monthly payments despite the plan being a conduit plan. According to the Trustee's Website, a check was issued to Aurora Loan Services on July 1, 2013 in the amount of $3,750.00. However since Nationstar is now the secured creditor, the check should have been issued to Nationstar.

WHEREFORE, Nationstar respectfully requests that this Court:

1. Deny the Chapter 13 Plan;

2. Order Debtors to amend their Chapter 13 Plan to reflect that Nationstar is a secured creditor regarding the above referenced property and provide for the arrears as listed in this Objection;

3. Order that conduit payments be paid to Nationstar for the payments starting April 6, 2013 to present.

DATED this 7th day of August, 2013.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ LJM # 014228
    Mark S. Bosco
    Leonard J. McDonald
    David W. Cowles
    Attorneys for Secured Creditor

COPY of the foregoing mailed
August 7, 2013 to:

Peter Andrew Bayer and Renee Lynn Bayer
10685 E. Valley View
Gold Canyon, AZ  85118
Debtors

| | |
|---|---|
| 1 | Charles J. Panzarella |
| 2 | 15 W. Washington Street |
| | Tucson, AZ 85701 |
| 3 | Attorney for Debtors |
| 4 | Dianne C. Kerns |
| | 7320 N. La Cholla #154 |
| 5 | PMB 413 |
| | Tucson, AZ  85741-2305 |
| 6 | Trustee |
| 7 | |
| | By: Cassandra Potter |